DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

10 JUNE 2015

| 373A14 | Cape Fear River Watch, et al. v. N.C. Environmental Management Commission, et al. | 1. Intervenor's Motion for Judicial Notice | 1. Denied |
| | | 2. Petitioners' Motion for Judicial Notice | 2. Dismissed as moot |
| | | 3. Respondent's Motion for Extension of Time to File Response to Petitioners' Motion for Judicial Notice | 3. Allowed **12/02/2014** |
| | | 4. Petitioners' Motion for Judicial Notice | 4. Denied **Edmunds, J., recused** |
| 388A10 | State v. Andrew Darrin Ramseur (DEATH) | 1. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Iredell County | 1. |
| | | 2. Def's Motion to Maintain Stay of Direct Appeal | 2. Allowed **06/10/2015** |
| 396P14 | State v. Johntia Luwonzia Barnette | Def's PDR Under N.C.G.S. § 7A-31 (COA14-308) | Denied |
| 413A14 | State v. Ronald Michael McCrary | 1. State's Motion for Temporary Stay (COA13-1059) | 1. Allowed **11/07/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Def's Notice of Appeal Based Upon a Dissent | 4. — |
| | | 5. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 5. Allowed |
| 418P13-2 | Hillery Boyce aka Charles Wharton v. Shelia Mitchell, State of North Carolina | Petitioner's Pro Se Petition for *Writ of Habeas Corpus* | Denied **04/23/2015** |
| 426P14 | State v. Torrence Wesley Peoples | Def's PDR Under N.C.G.S. § 7A-31 (COA14-416) | Denied **Ervin, J., recused** |